# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---
NO. 03-07-00422-CR
NO. 03-07-00451-CR
---

**Karrie Smith, Appellant**

**v.**

**The State of Texas, Appellee**

---
**FROM THE DISTRICT COURT OF BELL COUNTY, 426TH JUDICIAL DISTRICT
NOS. 60514 & 60515, HONORABLE FANCY H. JEZEK, JUDGE PRESIDING**
---

## M E M O R A N D U M   O P I N I O N

Appellant Karrie Smith pleaded guilty and judicially confessed to credit card abuse (cause number 60514) and endangering a child (cause number 60515). *See* Tex. Penal Code Ann. §§ 22.041, 32.31 (West Supp. 2007). The trial court adjudged her guilty of both offenses and assessed two eighteen-month state-jail terms, to be served concurrently.

Appellant's court-appointed attorney filed a brief concluding that the appeals are frivolous and without merit. The brief meets the requirements of *Anders v. California*, 386 U.S. 738 (1967), by presenting a professional evaluation of the records demonstrating why there are no arguable grounds to be advanced. *See also Penson v. Ohio*, 488 U.S. 75 (1988); *High v. State*, 573 S.W.2d 807 (Tex. Crim. App. 1978); *Currie v. State*, 516 S.W.2d 684 (Tex. Crim. App. 1974); *Jackson v. State*, 485 S.W.2d 553 (Tex. Crim. App. 1972); *Gainous v. State*, 436 S.W.2d 137

(Tex. Crim. App. 1969). Appellant received a copy of counsel's brief and was advised of her right to examine the appellate records and to file a pro se brief. No pro se brief was filed, but appellant did write a letter to the Court explaining why she believes that her conviction for endangering a child was improper.

We have reviewed the records, counsel's brief, and appellant's letter. We find nothing in the record that might arguably support the appeals. *See Bledsoe v. State*, 178 S.W.3d 824, 826-27 (Tex. Crim. App. 2005). We agree with counsel that the appeals are frivolous and without merit.

The judgments of conviction are affirmed.

_____

G. Alan Waldrop, Justice

Before Chief Justice Law, Justices Waldrop and Henson

Affirmed

Filed: February 1, 2008

Do Not Publish

2